UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

IN RE:

    DONALD J PECK                                 CASE NO. **09-10560-SDB**
    Debtor,                                       CHAPTER 7
                                                        JUDGE SUSAN D BARRETT

CHASE BANK USA, N.A
    Plaintiff,

    vs.                                             Adv. Pro. No. **09-01036-SDB**

DONALD J PECK
    Defendant

**RESPONSE TO DEFENANT'S MOTION TO DISMISS
ON BEHALF OF CHASE BANK USA, N.A.**

Now comes Plaintiff Chase Bank USA, N.A., through counsel, and responds to the Defendant's motion as follows:

1.     On January 16, 2009, 46 day before the entry of the Order for Relief, DONALD J PECK obtained a cash advance on account xxxx-xxxx-xxxx-2533 in the amount of $ 500.00 with fees of $ 15.00.

2.     On January 3, 2009, 60 day before the entry of the Order for Relief, DONALD J PECK obtained a cash advance on account xxxx-xxxx-xxxx-2533 in the amount of $ 500.00 with fees of $ 15.00.

3.     DONALD J PECK 's debt is a "consumer debt", as defined by 11 U.S.C.§ 101(8) in that the extension of credit was for personal, family or household use.

4.     Cash advances aggregating more than $ 825.00 that are extension of consumer

credit under an open end credit plan obtained by an individual debtor on or within 70 days before the entry of the Order for Relief under Title 11 of the United States Code are presumed to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(C)(i)(II).

5.	Chase Bank USA, N.A. asserts that if a debt is presumed to be non-dischargeable pursuant to 11 U.S.C. § 523(a)(2)(C)(i)(II) states a claim upon which relief can be granted.

WHEREFORE, Chase Bank USA, N.A. asks this court to deny the Defendant's motion.


Dated: July 8, 2009                    /s/ Elizabeth H Parrott
                                       ELIZABETH H PARROTT
                                       Weinstein & Riley PS
                                       Attorney for Chase Bank USA, N.A.
                                       Post Office Box 23408
                                       Nashville, Tennessee 37202
                                       (615) 742-9220
                                       Facsimile number: (615) 770-9906
                                       ehplaw1@birch.net
                                       Georgia Bar Number: 750965

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

IN RE:

    DONALD J PECK                      CASE NO. **09-10560-SDB**
    Debtor,                             CHAPTER 7
                                        JUDGE SUSAN D BARRETT

CHASE BANK USA, N.A
    Plaintiff,

    vs.                                        Adv. Pro. No. **09-01036-SDB**

DONALD J PECK
    Defendant

    I hereby certify that on July 8, 2009, I electronically filed the foregoing Paper(s) with the Clerk of the Court using the ECF system which will send notification of such filing to the following:

Lee Ringler, Attorney for Defendant

and I hereby certify that I also mailed via United States Postal Service the foregoing documents to the following on July 9, 2009:

Lee Ringler, Attorney for Defendant


Dated: July 8, 2009                      /s/ Elizabeth H Parrott
                                             Weinstein & Riley PS
                                             Attorney for Chase Bank USA, N.A.
                                             Post Office Box 23408
                                             Nashville, Tennessee 37202
                                             (615) 742-9220
                                             Facsimile number: (615) 770-9906
                                             ehplaw1@birch.net
                                             Georgia Bar Number: 750965